# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 107

In the Interest of T.H.P.B., Jr., a child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| T.H.P.B., Jr., a child; T.H.P.B., Sr., father, | Respondents |
| and | |
| T.R., mother, | Respondent and Appellant |

## No. 20230106

Appeal from the Juvenile Court of Grand Forks County, Northeast Central Judicial District, the Honorable John A. Thelen, Judge.

AFFIRMED.

Per Curiam.

Jacqueline A. Gaddie, Assistant State's Attorney, Grand Forks, ND, for petitioner and appellee; submitted on brief.

Jay R. Greenwood, Fargo, ND, for respondent and appellant; submitted on brief.

**Interest of T.H.P.B.**
**No. 20230106**

**Per Curiam.**

[¶1]   T.R. appeals from a juvenile court judgment terminating her parental rights to T.H.P.B. T.R. argues the court erred in finding clear and convincing evidence established T.H.P.B. was in need of protection and that the conditions and causes of the need for protection were likely to continue. After reviewing the record, the court's findings are supported by clear and convincing evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr